UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY P. MANGO,

                              Plaintiff,

                    -v-

UNIFORMED EMS OFFICERS UNION
FDNY,

                              Defendant.

23-CV-4674 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

subject to restoring the action to the Court's calendar, provided the application to restore the

action is made within forty-five days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: October 11, 2023
       New York, New York

_____
              J. PAUL OETKEN
              United States District Judge